# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAFOURCHE PARISH GOVERNMENT

VERSUS

RENITA JACKSON

NO.   2019 CW 0472

**AUG 0 5 2019**

---

In Re:   Renita Jackson, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 135647.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT   DENIED.**   The  criteria  set  forth  in  **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT